IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:10-CR-25-TWT |
| RANDY WILCHER, | |
| Defendant. | |

ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 51] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Evidence [Doc. 26]. As set forth in the thorough and well reasoned Report and Recommendation, the search of the Defendant's residence was not unreasonable. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Evidence [Doc. 26] is DENIED.

SO ORDERED, this 31 day of January, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge